No. 505, October Term, 1960. COTA v. CALIFORNIA, 364 U. S. 921. Motion for leave to file petition for rehearing denied. THE CHIEF JUSTICE and MR. JUSTICE GOLDBERG took no part in the consideration or decision of this motion.